### SADIE L. LEDBETTER v. GRADY JUNIOR THOMAS.

(Filed 14 October, 1964.)

APPEAL by defendant from *Brock, S. J.*, 3 February 1964 Schedule "D" nonjury Session of MECKLENBURG.

*Hollowell & Stott; Bailey & Booe for plaintiff appellee.*
*Carpenter, Webb & Golding; Childers & Fowler for defendant appellant.*

PER CURIAM. The factual situation and the legal question involved in this appeal are identical to those in the case of *Deaton v. Thomas*, decided this day, *ante*, 565.

On authority of the foregoing case, the judgment of the court below is Affirmed.